**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MASSACHUSETTS

Case number *(if known)* _____     Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy        12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Scout Ahead, LLC** |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **DBA  51 Lincoln** |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **20-5421104** |
| **4.** | **Debtor's address** | **Principal place of business** **51 Lincoln Street** **Newton Highlands, MA 02461** Number, Street, City, State & ZIP Code **Middlesex** County — **Mailing address, if different from principal place of business** P.O. Box, Number, Street, City, State & ZIP Code — **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership ☐ Other. Specify: _____ |

Debtor **Scout Ahead, LLC**  _____    Case number (*if known*) _____
       Name

7. **Describe debtor's business**   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ■ None of the above

   B. *Check all that apply*

   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/.

   ____

8. **Under which chapter of the Bankruptcy Code is the Debtor filing?**

   *Check one:*

   ☐ Chapter 7
   ☐ Chapter 9
   ■ Chapter 11. *Check all that apply*:
       ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).
       ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
       ☐ A plan is being filed with this petition.
       ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
       ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
       ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   ■ No.
   ☐ Yes.

   If more than 2 cases, attach a separate list.

   District _____    When _____    Case number _____
   District _____    When _____    Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ■ No
    ☐ Yes.

    List all cases. If more than 1, attach a separate list

    Debtor _____    Relationship to you _____
    District _____    When _____    Case number, if known _____

Debtor **Scout Ahead, LLC**
Name                                                                                     Case number (*if known*)

**11. Why is the case filed in *this district?*** *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | Scout Ahead, LLC | Case number (*if known*) |
|---|---|---|
| | Name | |

### Request for Relief, Declaration, and Signature

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  3/29/2016
MM / DD / YYYY

X _____
Signature of authorized representative of debtor

Title  **Manager**

Jeffrey P. Fournier
Printed name

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date  3/29/2016
MM / DD / YYYY

Nina M. Parker
Printed name

**Parker and Associates**
Firm name

**10 Converse Place**
**Winchester, MA 01890**
Number, Street, City, State & ZIP Code

Contact phone  (781)729-0005     Email address  nparker@ninaparker.com

**389990**
Bar number and State

Fill in this information to identify the case:
Debtor name: **Scout Ahead, LLC**
United States Bankruptcy Court for the: **DISTRICT OF MASSACHUSETTS**
Case number (if known):

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **American Express Bank, FSB** 4315 South 2700 West Salt Lake City, UT 84184 | | **Loan** | | | | $35,000.00 |
| **Chase Card Services** P.O. Box 15153 Wilmington, DE 19886 | | **Goods and Services** | | | | $15,150.30 |
| **Churchill Linen Services** P.O. Box 3247 Brockton, MA 02304 | | **Services** | | | | $2,613.34 |
| **Eversource** P.O. Box 660369 Dallas, TX 75266-0369 | | **Utility** | | | | $2,141.14 |
| **Foremost Insurance Group** P.O. Box 4665 Carol Stream, IL 60197 | | **Insurance** | | | | $18,510.94 |
| **Forum Business Services** 10 Tamarack Lane North Easton, MA 02356 | | **Services** | | | | $12,800.00 |
| **G and S Landscape Services** 47 Central, Apartment #1 Waltham, MA 02453 | | **Services** | | | | $4,100.00 |
| **Georges Bank Seafood** P.O. Box 845889 Boston, MA 02284 | | **Product** | | | | $10,479.81 |

| Debtor | Scout Ahead, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Hamilton Linewt Associates, LLC**<br>**The Hamilton Company**<br>**39 Brighton Avenue**<br>**Allston, MA 02134** | | **Rent, CAM Charges** | | | | $44,000.00 |
| **Harvard Pilgrim Healthcare**<br>**P.O. Box 970050**<br>**Boston, MA 02297** | | **Insurance** | | | | $4,084.84 |
| **Harvard Pilgrim Healthcare**<br>**P.O. Box 970050**<br>**Boston, MA 02297** | | **Insurance** | | | | $2,124.86 |
| **Independence Bank**<br>**1370 South Conty Trail**<br>**East Greenwich, RI 02818** | | **Loan** | | | | $150,000.00 |
| **Martignetti Companies**<br>**P.O. Box 859219**<br>**Braintree, MA 02185** | | **Product** | | | | $7,361.86 |
| **Michael Salguero**<br>**56 Park Avenue**<br>**Cambridge, MA 02138** | | **Equity Security Holder** | | | | $35,000.00 |
| **On Deck Capital, Inc.**<br>**Attn: Director of Operations**<br>**Client Service, 901 N. Stuart Street**<br>**Suite 700**<br>**Arlington, VA 22203** | | **Loan** | | | | $75,000.00 |
| **Paul W. Marks Co., Inc.**<br>**P.O. Box 6300**<br>**Chelsea, MA 02150** | | **Product** | | | | $1,981.62 |
| **Rucci, Bardaro and Falzone, P.C.**<br>**500 Unicorn Park Drive, Ste. 101**<br>**Woburn, MA 01801** | | **Services** | | | | $3,000.00 |
| **Seth Rosen**<br>**18 Chandler Street**<br>**Arlington, MA 02474** | | **Equity Security Holder** | | | | $35,000.00 |
| **U.S. Foodservice**<br>**P.O. Box 842700**<br>**Boston, MA 02284** | | **Product** | | | | $3,993.80 |

Debtor **Scout Ahead, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **William and Company Foods, Inc.**<br>**135-136 Newmarket Square**<br>**Boston, MA 02118** | | **Product** | | | | $10,136.12 |

# United States Bankruptcy Court
## District of Massachusetts

In re  **Scout Ahead, LLC**                                              Case No.
                                    Debtor(s)                            Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **March 29, 2016**                    **/s/ Jeffrey P. Fournier**
                                              **Jeffrey P. Fournier**/**Manager**
                                              Signer/Title

American Express
P.O. Box 981540
El Paso, TX 79998

American Express Bank, FSB
4315 South 2700 West
Salt Lake City, UT 84184

American Express Tavel related Services
200 Vesey Street
New York, NY 10080

AP Wine Imports, Inc.
110 W. 40th Street, Room 501
New York, NY 10018

Atlantic Importing Company
101 Bishop Street
Framingham, MA 01702

Boston Showcase Company
66 Winchester Street
P.O. Box 610254
Newton Highlands, MA 02461

Buckle Farm
43 Fisher Road
Unity, ME 04988

Burke Distributing Company
P.O. Box 168
Randolph, MA 02368

Chase Card Services
P.O. Box 15153
Wilmington, DE 19886

CHTD Company
P.O. Box 2576
Springfield, IL 62708

Churchill Linen Services
P.O. Box 3247
Brockton, MA 02304

Coca Cola Refreshments
Needham Sales Center
P.O. Box 4108
Boston, MA 02211

Corporation Service Company
2711 Centerville Road, Ste. 400
Wilmington, DE 19808

```
Craft Brewers Guild
170 Market Street
Everett, MA 02149

Dairlyland USA Corp.
P.O. Box 30943
New York, NY 10087

Ecolab
P.O. Box 32027
New York, NY 10087

Emiliomiti LLC
1592 Union Street
San Francisco, CA 94123

Espresso Express
415 Western Avenue
Brighton, MA 02135

Eversource
P.O. Box 660369
Dallas, TX 75266-0369

Fiore di Nonno
561 Windsor Street, B-305
Somerville, MA 02143

First Bank
560 Anglum Road
Hazelwood, MO 63042

Foremost Insurance Group
P.O. Box 4665
Carol Stream, IL 60197

Forum Business Services
10 Tamarack Lane
North Easton, MA 02356

G and S Landscape  Services
47 Central, Apartment #1
Waltham, MA 02453

Georges Bank Seafood
P.O. Box 845889
Boston, MA 02284

Hamilton Linewt Associates, LLC
The Hamilton Company
39 Brighton Avenue
Allston, MA 02134
```

```
Hanover Insurance Company
P.O. Box 580045
Charlotte, NC 28258

Harvard Pilgrim Healthcare
P.O. Box 970050
Boston, MA 02297

Horizon Beverage Company
P.O. Box 1165
Norton, MA 02766

Independence Bank
1370 South Conty Trail
East Greenwich, RI 02818

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

J.M. Service Co. LLC
P.O. Box 850369
Braintree, MA 02185

Jeffrey P. Fournier
Kate Fournier
38 Lowell Avenue, #2
Newtonville, MA 02460

M.S. Walker, Inc.
20 Third Avenue
Somerville, MA 02143

Martignetti Companies
P.O. Box 859219
Braintree, MA 02185

Massachusetts Department of Revenue
Bankruptcy Unit
P.O. Box 9564
Boston, MA 02114

Michael Salguero
56 Park Avenue
Cambridge, MA 02138

National Grid
P.O. Box 11735
Newark, NJ 07101

North Star Leasing Company
P.O. Box 4505
Burlington, VT 05406
```

NS Leasing, LLC
P.O. Box 4505
Burlington, VT 05406

On Deck Capital, Inc.
Attn: Director of Operations
Client Service, 901 N. Stuart Street
Suite 700
Arlington, VA 22203

On Deck Capital, LLC
Attn: Director of Opreartions
Client Service, 901 N. Stuart Street
Suite 700
Arlington, VA 22203

OZ Pacific Wines, Inc.
41 Rogers Road
Haverhill, MA 01835

Paul W. Marks Co., Inc.
P.O. Box 6300
Chelsea, MA 02150

Refuse Disposal Services, Inc.
P.O. Box 3286
Framingham, MA 01705

Rucci, Bardaro and Falzone, P.C.
500 Unicorn Park Drive, Ste. 101
Woburn, MA 01801

Santander Bank, f/k/a Sovereign Bank
Attn: SB3 PM Dept
2 Morrissey Boulevard
Dorchester, MA 02125

Save That Stuff
200 Terminal Street
Charlestown, MA 02129

Seth Rosen
18 Chandler Street
Arlington, MA 02474

Sid Wainer and Son
P.O. Box 50240
New Bedford, MA 02745

Small Business Loan Source LLC
9801 Westheimer Road, 11th Floor
Houston, TX 77042

```
Specialty Foods Boston
137 Newmarket Square
Boston, MA 02118

The Jacobs Company
783 Boylston Street, Ste. 1
P.O. Box67524
Chestnut Hill, MA 02467

The Village Bank
307 Auburn Street
Auburndale, MA 02466

Trimark
Trimark United East
P.O. Box 3505
Attleboro, MA 02703

U.S. Department of Labor
JFK Federal Building
Government Center, Room 525
Boston, MA 02203

U.S. Foodservice
P.O. Box 842700
Boston, MA 02284

Waban Kitchen
1649 Beacon Street
Waban, MA 02468

Waban Kitchen, LLC
38 Lowell Avenue, #2
Newtonville, MA 02460

Wasik's
61 Central Street
Wellesley, MA 02482

William and Company Foods, Inc.
135-136 Newmarket Square
Boston, MA 02118
```